# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Norberto Saavedra*  )  CASE NO. ED CV 10-1097-GHK (DTBx)
        **Plaintiff,**  )
        v.  )  **JUDGMENT**
*Countrywide Bank, N.A., et al.*  )
        **Defendants.**  )

    Based on Plaintiff Norberto Saavedra's ("Plaintiff") August 11, 2010 Notice of Voluntary Dismissal Without Prejudice with respect to Defendants Bank of America and Mansoor Badar, **IT IS HEREBY ADJUDGED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** with respect to Defendants Bank of America and Mansoor Badar.

    Based on our September 13, 2010 Order dismissing the remaining Defendant Alex Martinez for failure to prosecute, **IT IS HEREBY ADJUDGED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** with respect to Defendant Alex Martinez.

    **IT IS SO ORDERED**.

DATED: September 17, 2010

_____
GEORGE H. KING
United States District Judge